**IT IS ORDERED as set forth below:**

**Date: September 14, 2023**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 11 |
| | : | |
| KRW HOLDINGS LLC, | : | |
| | : | CASE NO. 23-57244-SMS |
| | : | |
| DEBTOR. | : | |

## ORDER DISMISSING CASE

On August 18, 2023, the United States Trustee filed a Motion to Dismiss Case ("Motion to Dismiss") [Dkt. No. 11]. In the Motion to Dismiss, the United States Trustee asserts that the case of KRW Holdings LLC ("Debtor") should be dismissed pursuant to section 1112(b) because Debtor is an artificial entity that cannot proceed in this case without attorney representation.

On September 13, 2023, the only party present at the call of the calendar for the Motion to Dismiss was Alan Hinderleider, counsel for the United States Trustee.

The Court, having reviewed the Motion to Dismiss and the record in this case, finds cause to grant the unopposed relief requested by the United States Trustee. Accordingly, it is

**ORDERED** that United States Trustee's Motion to Dismiss Pursuant to Section 1112(b) is hereby **GRANTED**. The case is hereby **DISMISSED**.

END OF DOCUMENT

Prepared and submitted by:
MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

By:_____/s/_____
Alan Hinderleider
Georgia Bar No. 938543
Trial Attorney
United States Department of Justice
*Office of the United States Trustee*
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
404-331-4464
Alan.Hinderleider@usdoj.gov

The Clerk of Court is hereby requested to serve a copy of this order upon the Debtor and all creditors and parties-in-interest in the case.